N° 49 of 1825.   Ap¹ 18. 1828.

*Nath¹ Champ v Jesse G. Thurston*   Farnsworth for Champ—

Territory of Michigan⎫   The United States of America,
Supreme Court Ss:  ⎬   *To the Sheriff of the County of St Clair*, Greeting:
In Chancery—    ⎭      We command you as often heretofore we have com-
[SEAL]          manded you that you summon Jesse G. Thurston to ap-
pear before our Supreme Court sitting as a Court of Chancery at the Court House
in the City of Detroit upon the first Monday of May next to answer a Bill in Chan-
cery Exhibited against him by Nathaniel Champ—and this he is in no wise to omit
under the penalty of one thousand Dollars— Hereof fail not but then and there
make due return—

Witness  The Hon William Woodbridge presiding Judge of our said Court in
Chancery at the City of Detroit the third day of December in the year of our Lord
one thousand Eight hundred and twenty seven—

Issued this 18th day of April A.D 1828.

John Winder
Clerk.

I have Served the within by Reading the Same in the hereing of the within Namᵈ Jesse G. Thurston April 23ʳᵈ 1828   H Cottrell Shff St Clair Cty  Servises 1.00   Malage 3.75   [total] 4 75

*N. Champ vs Jesse G. Thurston*
Filed in open Court Dec: 2. 1828

Michigan Territory⎫   In Chancery, between Nathaniel Champ, compt. and Jesse
Supreme Court   ⎭   G. Thurston, Deft.—

The replication of Nathaniel Champ complainant to the answer of Jesse G. Thurston Defendant—

This repliant saving and reserving to himself all and all manner of advantage of exception, to the manifold errors, uncertainties and insufficiencies of the answer of the said defendants, for replication thereunto saith, that he doth and will aver, maintain and prove his said bill to be true, certain and sufficient in the law to be answered unto by the said defendants, and that the answer is very uncertain evasive and insufficient in the law to be replied unto by the repliant without that, that any other matter or thing in the said answer contained, material or effectual in the law to be replied unto, and herein and hereby well and sufficiently replied unto, confessed or avoided, traversed or denied is true: all which matters and things this repliant is ready to aver, maintain and prove, as this honorable court shall direct, and humbly prays as in and by his said bill he hath already prayed.

Farnsworth & Goodwin
Solrs.—